

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-17-00628-CV

**IN RE** Andrew W. **MCADOO**,

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

The Real Parties in Interest Motion for Extension of Time to File Response to Motion for En Banc Reconsideration is GRANTED. Time is extended to September 14, 2018.

It is so **ORDERED** on August 17, 2018.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CVT002862 D3, styled KLH and OJH, Individually and as Next Friend of JPH v. Dr. Andrew McAdoo, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebeca Ramirez Palomo presiding.